IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA** : Crim. No. 1:15-cr-257

**v.** :

**JOSE RAMOS** : Judge Sylvia H. Rambo

# **O R D E R**

**AND NOW**, this 23rd day of August, 2017, **IT IS HEREBY ORDERED** as follows:

1. The motion to vacate, set aside or correct sentence (Doc. 51) is **DISMISSED** for failure to state a cause of action.

2. Any appeal from this order is deemed frivolous and not taken in good faith.

                                              s/Sylvia H. Rambo
                                              SYLVIA H. RAMBO
                                              United States District Judge

Dated: August 23, 2017