IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Crim. No. 1:15-cr-257** |
| **v.** | : | |
| **JOSE RAMOS** | : | **Judge Sylvia H. Rambo** |

# **O R D E R**

**AND NOW**, this 12th day of February, 2018, **IT IS HEREBY ORDERED** as follows:

1) The petition filed pursuant to 28 U.S.C. § 2255 (Doc. 59) is **DENIED** as the court is without jurisdiction to entertain same.

2) The request for appointment of counsel (Doc. 60) is **DEEMED MOOT**.

                                                                    s/Sylvia H. Rambo
                                                                    SYLVIA H. RAMBO
                                                                    United States District Judge